WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SMDI Company, an Arizona corporation, | No. CV 05-2422-PHX-NVW |
| Plaintiff, | |
| v. | **ORDER** |
| The Travelers Indemnity Company of America, a foreign corporation, | |
| Defendant. | |

The court has been presented with the stipulation and proposed form of order concerning confidentiality of documents produced in discovery. The proposed order also provides that the parties may have unilateral authority to direct the Clerk of the Court to file under seal papers attached to court filings. The court is disposed to approve orders authorizing the parties to designate as confidential, with consequent responsibilities to maintain confidentiality, of documents produced in discovery. However, the filing of papers under seal with the Clerk of the Court entails substantial burden upon the court. Therefore, the court will not delegate to the parties the decision whether any documents are to be filed under seal by the Clerk of the Court. Rather, the court will require demonstration of the need for sealing of any documents filed with the court.

The court will therefore deny the stipulated confidentiality order. The court will accept a revised stipulation and order which states what is otherwise the case, that only the court may order the filing of documents with the Clerk of the Court under seal and that such filing under seal will not be granted absent specific demonstration of the need for filing under seal.

IT IS THEREFORE ORDERED that the Stipulated Confidentiality and Non-Disclosure Agreement (doc. #17) is denied without prejudice to submitting a revised stipulation and form of order in accordance with this order.

DATED this 28th day of October, 2005.

_____
Neil V. Wake
United States District Judge